MOHAMMED K. GHODS (SBN 144616)
JEREMY A. RHYNE (SBN 217378)
LEX OPUS
2100 N. Broadway, Suite 210
Santa Ana, CA 92706
Telephone:  (714) 558-8580
Facsimile:  (714) 558-8579
jrhyne@lexopusfirm.com

RUBEN ESCOBEDO (SBN 277866)
WORKWORLD LAW CORP.
A Professional Corporation
731 S. Lincoln Street
Santa Maria, CA 93458
Telephone:  (805) 335-2476
Facsimile:  (805) 892-6213
Email: ruben@workworldlaw.com

Attorneys for Plaintiff, WALTER PARRISH,
and on Behalf of Other Members of the
Public Similarly Situated and the State of California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PARRISH, Individually, and on Behalf of Other Members of the Public Similarly Situated and the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY, INC., a corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO: CV -20-9000-JFW (JCx)<br><br>*Assigned for All Purposes to:*<br>Hon. John F. Walter – Crtrm. 7A<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION**<br><br>**Date:** May 17, 2021<br>**Time:** 1:30 p.m.<br>**Crtrm.:** 7A<br><br>Pre-Trial Conference: Nov. 12, 2021<br>Trial Date: December 7, 2021 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 17, 2021 at 1:30 p.m., or as soon as the matter may be heard in Courtroom 7A of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff Walter Parrish will and hereby does move the Court for class certification pursuant to Federal Rules of Civil Procedure, Rule 23.  Plaintiff respectfully requests that this Court enter an order:

(1) Granting the motion for class certification.

(2) Certifying the Class as follows: Any and all persons who are or were employed as an hourly-paid nonexempt employee by The Okonite Company, Inc. at its Santa Maria, California plant from April 6, 2016, until resolution of this lawsuit who were required to remain at the plant during meal-and-rest breaks or required to obtain permission to leave the premises during meal-and-rest breaks.

(3) Appointing Plaintiff Walter Parrish as class representative.

(4) Appointing Mohammed K. Ghods, Jeremy A. Rhyne, and Ruben Escobedo as class counsel.

(5) Ordering further proceedings regarding notice to the class.

This motion is made following conferences of counsel as required by L.R. 7-3, and this Court's orders. *See* Dkt. #35-36.

/ / /

/ / /

/ / /

1  This Motion is based on this Notice, the concurrently-filed Memorandum of
2  Points Authorities, Declarations of Mohammed K. Ghods, Ruben Escobedo, Walter
3  Parrish, John Luna, and Paul Espinosa, and Plaintiff's Evidence in Support of
4  Motion for Class Certification, the pleadings, files, and records in this action, and on
5  other oral and documentary evidence and argument as may be presented at the
6  hearing on the Motion.

7  DATED: April 14, 2021                    **LEX OPUS**

10                     By: /s/ Ruben Escobedo
11                         MOHAMMED K. GHODS
                           JEREMY A. RHYNE
12                         RUBEN ESCOBEDO
13                         Attorneys for Plaintiff, WALTER
                           PARRISH, and on Behalf of Other
14                         Members of the Public Similarly Situated
15                         and the State of California