1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WALTER PARRISH, Individually, and on Behalf of Other Members of the Public Similarly Situated and the State of California,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>THE OKONITE COMPANY, INC.,<br><br>　　　　　Defendant. | CASE NO: CV -20-9000-JFW (JCx)<br><br>**ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

　　　Having considered all arguments and admissible evidence submitted by the parties, the Court GRANTS Plaintiff's Motion for Preliminary Approval of Class Action Settlement, as follows:

　　　1.　　The Motion is GRANTED and the parties' Joint Stipulation of Class Action Settlement and Release ("Settlement") attached to the Declaration of Mohammed K. Ghods as Exhibit 1 is preliminarily approved.

　　　2.　　This order incorporates by reference the definitions in the Settlement and all terms defined therein shall have the same meaning in this order.

　　　3.　　The Settlement is preliminarily approved based upon the terms set forth therein. The class action settlement appears to be fair, adequate, and reasonable to the class. The class action settlement contemplated by the Settlement falls within the range of reasonableness and appears to be presumptively valid, subject to any objections that may be raised at the final approval hearing before this Court.

4.   The Court appoints ILYM Group, Inc. as the Settlement Administrator. The Settlement Administrator is ordered and authorized to perform such acts as set forth in this order and the Settlement. The parties and Settlement Administrator shall comply with the deadlines set by the Schedule for Settlement Administration set forth below.

5.   The Notice Packet in the form attached to the Declaration of Mohammed K. Ghods as Exhibit 2 is approved as to form and content. The Notice Packet shall be sent by first class mail to the class in accordance with the schedule set forth below. The dates selected for the mailing and distribution of the Notice Packet as set forth therein meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6.   The Court sets a final settlement approval hearing for June 27, 2022, at 1:30 p.m.

**SCHEDULE FOR SETTLEMENT ADMINISTRATION**

| Date | Event |
|---|---|
| March 21, 2022 | Deadline for Defendant to provide Settlement Administrator and Class Counsel with Class List |
| April 5, 2022 | Deadline for Settlement Administrator to Mail Notice Packets to Class members |
| April 20, 2022 | Last day for Class Counsel to file Motion for attorneys' fee and cost award |
| May 5, 2022 | Last day for Class members to submit any challenge to the number of pay periods specified on Individual Settlement Payment Form |
| May 20, 2022 | Last day for Settlement Administrator to provide the Parties with a declaration of compliance with its notice obligations under the Settlement |
| May 27, 2022 | Last day for Class Counsel to file Motion for Final Approval of Settlement |
| May 27, 2022 | Last day for Class Counsel to provide notice of Motion for Final Approval of Settlement to the LWDA |
| June 27, 2022 at 1:30 p.m. | Final Approval Hearing |

IT IS SO ORDERED.

Dated: February 24, 2022

_____
U.S. DISTRICT JUDGE