MOHAMMED K. GHODS (SBN 144616)
JEREMY A. RHYNE (SBN 217378)
LEX OPUS
2100 N. Broadway, Suite 210
Santa Ana, CA 92706
Telephone:  (714) 558-8580
Facsimile:  (714) 558-8579
jrhyne@lexopusfirm.com

RUBEN ESCOBEDO (SBN 277866)
WORKWORLD LAW CORP.
A Professional Corporation
6907 El Camino Real, Suite A
Atascadero, CA 93422
Telephone:  (805) 335-2476
Facsimile:  (805) 892-6213
Email: ruben@workworldlaw.com

Attorneys for Plaintiff, WALTER PARRISH,
and on Behalf of Other Members of the
Public Similarly Situated and the State of California

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER PARRISH, Individually, and on Behalf of Other Members of the Public Similarly Situated and the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>THE OKONITE COMPANY, INC.,<br><br>Defendant. | CASE NO: CV -20-9000-JFW (JCx)<br><br>*Assigned for All Purposes to:*<br>Hon. John F. Walter – Crtrm. 7A<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**Date:** June 27, 2022<br>**Time:** 1:30 p.m.<br>**Crtrm.:** 7A |

1

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on June 27, 2022, at 1:30 p.m., or as soon as the matter may be heard in Courtroom 7A of the United States District Court, Central District of California, located at 350 West 1st Street, Los Angeles, California 90012, Plaintiff Walter Parrish will, and hereby does, move the Court to grant final approval of the parties' proposed class action settlement.

Specifically, Plaintiff requests that the Court issue an order: (i) granting final approval of the proposed class action settlement; (ii) approving distribution of the settlement funds to the Class Members (iii) authorizing payment to the California Labor and Workforce Development Agency in the amount of $45,000 for civil penalties arising under the California Labor Code Private Attorneys General Act of 2004, California Labor Code section 2698, *et seq.* ("PAGA"); (iv) approving Class Counsel's request for an award of $300,000 as an award of attorney's fees and $128,200.69 in costs; (v) approving the request for a $10,000 service award for Plaintiff as the Class Representative; and (iv) approving payment of $10,000 to ILYM Group, the Court-appointed Settlement Administrator, for settlement administration fees and costs (the "Motion").

Pursuant to L.R. 7-3, the parties were able to reach a resolution which eliminates the necessity for a hearing on this matter. Plaintiff's motion is unopposed.

This motion is made pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. Plaintiff makes this motion on the grounds that the proposed settlement is fair, adequate, and reasonable. All Class Members have been given the opportunity to participate in or object to the proposed Settlement. To date, no Class Member has objected to the Settlement.

This motion is based upon this notice of motion, the accompanying memorandum of points and authorities in support of the motion, the declarations of

1 | Mohammed K. Ghods, Ruben Escobedo, and Nathalie Hernandez of ILYM Group,
2 | and attached exhibits, Plaintiff's motion for attorneys' fees and costs (Dkt. #196),
3 | and such evidence and argument of counsel as may be presented at the hearing, the
4 | complete files and records in the above-captioned matter, and such additional
5 | matters as the Court may consider.
6 | DATED: May 27, 2022                    **LEX OPUS**

By: /s/ Ruben Escobedo
MOHAMMED K. GHODS
JEREMY A. RHYNE
RUBEN ESCOBEDO
Attorneys for Plaintiff, WALTER PARRISH, and on Behalf of Other Members of the Public Similarly Situated and the State of California

3

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**