UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 20-9000-JFW(JCx)** | Dated: **June 27, 2022** |
| Title: | Walter Parrish *-v-* The Okonite Company, Inc. | |

PRESENT:   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | Myra Ponce |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Jeremy A Rhyne | Rachael Sarah Lavi (Zoom) |

**PROCEEDINGS:**   **PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT [197] Filed 5/27/22**

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS [196] Filed 4/20/22**

Case called, and counsel make their appearance.

For the reasons stated on the record, the Court GRANTS:

- Plaintiff's Motion for Final Approval of Class Action Settlement
- Plaintiff's Motion for Attorneys' Fees and Costs
- The Court signs the Proposed Order and Judgment Granting Motion for Final Approval of Class Action Settlement (Docket No. 197-2)

Initials of Deputy Clerk ___sr___

0/15